IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL H. KEEHN,

     Plaintiff,                                No. CIV S-07-2216 FCD DAD PS

     vs.

UNITED STATES,                              ORDER

     Defendant.

_____/

        Plaintiff, proceeding pro se, has filed a motion to suppress evidence seized pursuant to a search warrant that was executed on September 7, 2007. In the alternative, plaintiff requests a hearing pursuant to <u>Franks v. Delaware</u>, 438 U.S. 154 (1978). In addition to filing plaintiff's motion as an application for hearing in case No. SW S-07-0252 DAD, the Clerk of the Court opened the above-captioned civil action and direct-assigned it to the magistrate judge who issued the search warrant. The proceeding has also been referred to the undersigned pursuant to Local Rule 72-302(c)(21) and 28 U.S.C. § 636(b)(1).

        Plaintiff asserts that the search warrant in question was issued on the basis of false facts, there would be no probable cause if the false facts are excluded, and the warrant is overly broad and must be suppressed. Plaintiff asks the court to suppress the search warrant in its

/////

entirety and return his property to him or, in the alternative, to order a <u>Franks</u> hearing on the matter.

The Federal Rules of Criminal Procedure provide that "[a] defendant may move to suppress evidence in the court where the trial will occur." Fed. R. Crim. P. 41(h). <u>Franks</u> requires that a hearing be held at a defendant's request where the defendant makes a substantial preliminary showing that a false statement knowingly and intentionally, or with reckless disregard for the truth, was included by the affiant in a search warrant affidavit, and the allegedly false statement was necessary to the finding of probable cause. <u>Franks v. Delaware</u>, 438 U.S. , 154, 171-72 (1978). The court's records do not reflect that plaintiff is a defendant in a criminal proceeding in this court. Plaintiff's pending motion to suppress or, in the alternative, for a <u>Franks</u> hearing will therefore be denied without prejudice.

The Federal Rules of Criminal Procedure provide for the return of property seized pursuant to a search warrant as follows:

> A person aggrieved by an unlawful search and seizure of property or by the deprivation of property may move for the property's return. The motion must be filed in the district where the property was seized. The court must receive evidence on any factual issue necessary to decide the motion. If it grants the motion, the court must return the property to the movant, but may impose reasonable conditions to protect access to the property and its use in later proceedings.

Fed. R. Crim. P. 41(g). If plaintiff wishes to file a motion pursuant to Rule 41(g), the motion should be captioned for filing in this civil case and should be noticed for hearing and briefed in accordance with all applicable provisions of Local Rule 78-230. The motion should be set for hearing before the undersigned on a regularly scheduled civil law and motion calendar. Plaintiff may obtain information about available law and motion dates by calling Pete Buzo, courtroom deputy to the undersigned, at (916) 930-4128. Plaintiff's motion must be served on the United States Attorney, and proof of such service must be attached to plaintiff's motion when it is submitted to the court for filing.

IT IS ORDERED that:

1. Plaintiff's October 12, 2007 motion to suppress or for a <u>Franks</u> hearing is denied without prejudice to the filing of a motion for return of property pursuant to Rule 41 of the Federal Rules of Criminal Procedure;

2. Any Rule 41 motion shall be filed and served in accordance with this order within fifteen days after this order is served; failure to file such a motion will result in a recommendation that the district judge dismiss this civil case without prejudice;

3. The Clerk is directed to terminate the motion filed in case No. SW S-07-0252 DAD; and

4. The Clerk is directed to serve this order on the office of the United States Attorney for the Eastern District of California.

DATED: November 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\keehn2216.motden

3