IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL H. KEEHN,

    Plaintiff,                    No. CIV S-07-2216 FCD DAD PS

    vs.

UNITED STATES,                       ORDER

    Defendant.

_____/

        On October 12, 2007, plaintiff filed a motion to suppress evidence seized pursuant to a federal search warrant executed on September 7, 2007. The Clerk of the Court filed plaintiff's motion in case No. SW S-07-0252 DAD. In addition, the Clerk opened the above-captioned civil action and direct-assigned the case to the magistrate judge who issued the search warrant. By order filed November 6, 2007, plaintiff's motion was denied without prejudice in this civil case and terminated in the search warrant case. On November 16, 2007, plaintiff's motion for return of property pursuant to Fed. R. Crim. P. 41(g) was filed in this case. The motion is set for hearing before the undersigned on December 21, 2007.

        In light of plaintiff's indictment in case No. CR S-07-0532 LKK, plaintiff's motion for return of property will be transferred to case No. SW S-07-0252 DAD but will not be calendared at the present time, and this civil case will be closed.

1     Good cause appearing IT IS ORDERED that:

2     1. Plaintiff's November 16, 2007 motion for return of property is dropped from
3 this court's December 21, 2007 law and motion calendar;

4     2. The Clerk of the Court is directed to transfer plaintiff's November 16, 2007
5 motion for return of property from this civil action to case No. SW S-07-0252 DAD; and

6     3. The Clerk is directed to close this civil action as having been opened in error.

7 DATED: November 28, 2007.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\keehn2216.transfmot.close